# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAVANCE BIOPHARMA R&D IP, LLC, THERAVANCE BIOPHARMA US, INC., THERAVANCE BIOPHARMA IRELAND LIMITED, MYLAN IRELAND LIMITED, and MYLAN SPECIALTY L.P., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN INC., LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs Theravance Biopharma R&D IP, LLC, Theravance Biopharma Ireland Limited, Theravance Biopharma US, Inc., Mylan Ireland Limited, and Mylan Specialty L.P. (collectively, "Plaintiffs"), hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | No earlier than January 12, 2023 |
| Date NDA Holder Received Notice: | No earlier than January 6, 2023 |
| Date of Expiration of Patents: | 8/25/2031 (8,541,451) <br> 7/14/2030 (9,765,028) <br> 7/14/2030 (10,550,081) <br> 7/14/2030 (11,008,289) <br> 10/23/2039 (11,484,531) |
| Thirty Month Stay Deadline: | *May 9, 2026 |

* Calculated pursuant to New Chemical Entity status (21 U.S.C. § 355(j)(5)(F)(ii)).

Dated: February 17, 2023

Respectfully submitted,

/s/ Mary W. Bourke
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
Ben Bourke (#6534)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 252-4320
Mary.Bourke@wbd-us.com
Dana.Severance@wbd-us.com
Ben.Bourke@wbd-us.com

*Attorneys for Plaintiffs*
*Theravance Biopharma R&D IP, LLC,*
*Theravance Biopharma Ireland Limited, and*
*Theravance Biopharma US, Inc.*

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 North West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Plaintiffs*
*Mylan Ireland Limited and Mylan Specialty L.P.*